UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                  :
NEW YORK SCHOOLS INSURANCE RECIPROCAL, :
                                                  :
                     Plaintiff, :
                                                  :                    25 Civ. 4631 (JPC)
     -v-                                                  :
                                                  :                        ORDER
NATIONAL INTERSTATE INSURANCE, :
                                                  :
                   Defendant. :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On June 9, 2025, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 8. Defendant's deadline to respond to the Complaint was therefore June 30, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until July 7, 2025. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by July 14, 2025.

       Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which Defendant was served with the Summons and Complaint, and to file proof of service on the docket within two days of such service.

       SO ORDERED.

Dated: July 1, 2025
       New York, New York                              _____
                                                             JOHN P. CRONAN
                                                             United States District Judge